IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| **Marlyn Teresa Smith** | ) | Bankruptcy Case No. |
| SSN: xxx-xx-4251 | ) | |
| 1492 County Road 618 Cabin 4 | ) | 18-41581-JJR-7 |
| Fort Payne, AL 35968-1611 | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

## REPORT TO COURT

Comes now Rocco J. Leo, by and through his attorney, and reports to the Court that he has employed Special Counsel to prosecute a pre-petition claim of the Debtor.

Dated this the 12th day of February, 2021.

_____
Max C. Pope, Jr.
Attorney for Rocco J. Leo, Trustee
P. O. Box 2958
Birmingham, Alabama 35202
(205) 327-5566

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2021, I have served a copy of the foregoing **Report to Court** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address listed below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures **as indicated below:**

**Served Via Electronic Mail:**
Robert Joseph Landry, III
Robert_Landry@alnba.uscourts.gov
U. S. Bankruptcy Administrator's Office
1129 Noble Street Rm 117
Anniston, AL 36201-4665

Lloyd Weaver Gathings, II
lgathings@gathingslaw.com
Gathings Law
2204 Lakeshore Drive Suite 406
Birmingham, AL 35209-6729

**Served via Notice of Electronic Filing:**
Rocco J. Leo
rleo@leoandoneal.com
Leo & O'Neal
3250 Independence Dr.
Birmingham, AL 35209-4141

Sherry Weldon Dobbins
dobbinlw@bellsouth.net
PO Box 681026
Ft Payne, AL 35968

_____
Max C. Pope, Jr.

Case 18-41581-JJR7    Doc 32    Filed 02/12/21    Entered 02/12/21 11:46:06    Desc Main Document    Page 2 of 2