## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Marlyn Teresa Smith | } | **Case No: 18-41581-JJR7** |
| SSN: XXX-XX-4251 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

### ORDER GRANTING

This matter came before the Court on Thursday, December 09, 2021 09:40 AM, for a hearing on the following:

    RE: Doc #46; Amended Motion to Approve Compromise between Debtor and NextGear Capital, Inc., filed by Lloyd W. Gathings, Special Counsel for the Estate

Proper notice of the hearing was given and appearances were made by the following:

    Max C. Pope Jr, attorney for Rocco J Leo  (Trustee)
    Rocco J Leo (Trustee)
    Sherry Weldon Dobbins, attorney for Marlyn Teresa Smith  (Debtor)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

For the reasons stated on the record, the Motion to Approve Compromise is GRANTED and the Compromise is APPROVED.

The terms of the settlement agreement/compromise are incorporated herein by reference as though fully set forth, and the court retains jurisdiction to interpret and enforce the settlement agreement/compromise.

Dated: 12/09/2021

/s/ JAMES J. ROBINSON
JAMES J. ROBINSON
Chief United States Bankruptcy Judge