# Notice Recipients

District/Off: 1126−1        User: admin        Date Created: 12/09/2021
Case: 18−41581−JJR7        Form ID: pdf000        Total: 46

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Rocco J Leo | rleo@leoandoneal.com |
| aty | Lloyd Weaver Gathings, II | lgathings@gathingslaw.com |
| aty | Max C. Pope, Jr | max@maxpopejr.com |
| aty | Sherry Weldon Dobbins | dobbinlw@bellsouth.net |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Marlyn Teresa Smith | 1492 County Road 618 | Cabin 4 | Fort Payne, Al 35967 | |
| sp | Lloyd Weaver Gathings, II | Gaithings Law | 2204 Lakeshore Drive Suite 406 | Birmingham, AL 35209−6729 | |
| smg | Robert Landry | BA Anniston | 1129 Noble Street | Room 117 | Anniston, AL 36201 |
| 9856034 | Alabama Emergency Physicians Partners | P.O. Box 538441 | Atlanta, GA 30353 | | |
| 9856052 | Alliance Data | P.O. Box 1267 | Marshfield, WI 54449 | | |
| 9856053 | Allied Interstate | Health Care Div. | P.O. Box 361596 | Columbus, OH 43236 | |
| 9856035 | Anesthesia Associates PA | P.O. Box 8305 | Gadsden, AL 35902−8305 | | |
| 9856036 | Bama Auto Auction | 4103 Gault Avenue S | Fort Payne, AL 35967 | | |
| 9856054 | Cain & Weiner #1109 | P.O. Box 5010 | Woodland Hills, CA 91365 | | |
| 9856037 | Capital One Bank USA | ATTN: Bankrupcty Dept. | P O Box 30285 | Salt Lake City, UT 84130 | |
| 9856038 | Citifinancial | 605 Munn Road | Fort Mill, SC 29715 | | |
| 9856055 | Convergent Outsourcing, Inc. | P.O. Box 9004 | Renton, WA 98057 | | |
| 9856056 | Convergent Outsourcing, Inc. | P.O. Box 9004 | Renton, WA 98057 | | |
| 9856057 | Daniel A Mancini | 5 Christy Dr Suite 204 | Chadds Ford, PA 19317 | | |
| 9856039 | DeKalb Animial Hospital | 22nd Street | Fort Payne, AL 35967 | | |
| 9856058 | Designed Receivables Solutions | 1 Centerpointe Drive #450 | Lapalona, CA 90623 | | |
| 9856040 | Dish Network | 9601 S. Meridan Blvd. | Englewood, CO 80112 | | |
| 9856041 | Gadsden HMA Physcican Management | 106 Bay Street | Gadsden, AL 35901 | | |
| 9856042 | Great American Insurance Co. | 301 E. 4th Street | 24th floor | Cincinnati, OH 45201 | |
| 10730343 | Great American Insurance Company | 10000 N 31st Ave | #C−309 | Phoenix, AZ 85051 | |
| 9856043 | Linda and Cecil Robinson | 435 Homewood Acres Drive | Eastaboga, AL 36260 | | |
| 9856059 | Michael Parrish | P O Box 590067 | Birmingham, AL 35259 | | |
| 9856060 | Newell & Holden LLC | 2117 Jack Warner Pkwy | Suite 5 | Tuscaloosa, AL 35401 | |
| 9856044 | Next Gear Capital, Inc. | 11799 N. College Avenue | Carmel, IN 46032 | | |
| 10761605 | NextGear Capital, Inc. | 11799 North College Avenue | Carmel, IN 46032−4603 | | |
| 9856045 | Northern Leasing System | P.O. Box 7861 | New York, NY 10116 | | |
| 9856061 | One Main Financial | C/S Care Dept. | 6801 Colwell Blvd. | Irving, TX 75039 | |
| 9856046 | One Main Financial | P.O. Box 1010 | Evansville, IN 47706 | | |
| 9856062 | OneMain | Bankruptcy Dept. | P.O. Box 6042 | Sioux Falls, SD 57117−6042 | |
| 9856047 | Pelican Auto Finance | 1814 E. Route 70 | Suite 350 | Cherry Hill, NJ 08003 | |
| 9856063 | Phoenix Financial Services | P.O. Box 361450 | Indianapolis, IN 46236−1450 | | |
| 9856064 | Phoenix Management Solutions | 10000 N 31st Avenue | Suite C−309 | Phoenix, AZ 85051 | |
| 9856065 | Pinnacle Credit Services | 7900 MN−7 | Minneapolis, MN 55426 | | |
| 10742066 | Pinnacle Credit Services, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603−0587 | |
| 9856048 | Progressive Insusrance | P.O. Box 105428 | Atlanta, GA 30348−5428 | | |
| 9856049 | Riverview Regional Medical Center | P.O. Box 268 | Gadsden, AL 35902 | | |
| 9856032 | State Of Alabama | Department Of Revenue | 50 Ripley Street | Montgomery, AL 36132 | |
| 9856033 | State Of Alabama | Department Of Revenue | 50 Ripley Street | Montgomery, AL 36132 | |
| 9856066 | Stoneleigh Recovery Assoc | P.O. Box 1118 | Charlotte, NC 28201 | | |
| 9856050 | Synchrony Bank | ATTN: Bankruptcy Dept. | P.O. Box 965060 | Orlando, FL 32896−5060 | |
| 9856067 | Thomas Donald | 1707 29th Court South | Birmingham, AL 35209 | | |
| 9856051 | Verizon Wireless Bankruptcy Admin. | 500 Technology Drive | Suite 550 | Weldon Spring, MO 63304 | |

TOTAL: 42